UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LELAND N. FUTCH, on behalf of himself
and all other persons similarly situated,

                        Plaintiff,                    JUDGMENT

   v.                                                       23-cv-03840(ENV)(LGD)

XEROX CORPORATION,

                        Defendant.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 10, 2025; and Defendant XEROX CORPORATION, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff LELAND N. FUTCH in the amount of Two Hundred Fifty Dollars and No Cents ($250.00), inclusive of attorneys' fees and costs incurred, for the full and complete satisfaction of any claims under the Fair Labor Standards Act only; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff LELAND N. FUTCH and against Defendant XEROX CORPORATION in the amount of Two Hundred Fifty Dollars and No Cents ($250.00), inclusive of attorneys' fees and costs incurred, for the full and complete satisfaction of any claims under the Fair Labor Standards Act only.

Dated: Brooklyn, New York                                                            Brenna B. Mahoney
           February 12, 2025                                                  Clerk of Court

                                                                                     By:    */s/Jalitza Poveda*
                                                                                               Deputy Clerk